UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARAH MALIK, et al., <br><br> Plaintiff, <br><br> v. <br><br> JAYNE A. HOWELL, *Consul General at the U.S. Embassy in Islamabad*, <br><br> Defendant. | Civil Action No. 1:23-CV-3159-ACR |

**MOTION TO DISMISS**

By and through their undersigned counsel, Defendant respectfully moves to dismiss this action for mootness pursuant to Federal Rule of Civil Procedure ("Rules") 12(b)(1).

Through this action, Plaintiff,[1] national and resident of Pakistan, sought to compel consular officers to schedule Plaintiff for a visa interview following approval of a visa petition on January 11, 2010. First Amended Complaint ("FAC") ¶¶ 1, 6, 8-9.

The State Department has adjudicated and refused Plaintiff's visa application under 8 U.S.C. 1201(g). His claims are now moot. The mootness doctrine is

> based specifically on the case or controversy requirement of Article III [of the Constitution]. A matter is thus not within the federal judicial power if there is not "a present, live controversy of the kind that must exist if (a court is) to avoid advisory opinions on abstract propositions of law."

*Tennessee Gas Pipeline Co. v. Fed. Power Comm'n*, 606 F.2d 1373, 1379 (D.C. Cir. 1979). A petition for a writ of mandamus seeking an order directing an administrative agency to make a decision is rendered moot once the agency makes that decision. *MCI Worldcom Network Serv., Inc. v. F.C.C.*, 274 F.3d 542, 546 (D.C. Cir. 2001) (party petitioned for a writ of mandamus, seeking an order directing the FCC to decide two complaints, and that "petition was rendered moot when the FCC issued its order dismissing [those] complaints").

Here, Plaintiff sought an order mandating consular officers to schedule his visa interview and "grant or refuse an immigrant visa." FAC Prayer for Relief. Consular officers have adjudicated Plaintiff's visa application, the very relief sought by Plaintiff, thus, the petition for mandamus is moot and his claims should be dismissed for lack of subject matter jurisdiction.

---

[1] This action was initially brought by Farah Malik, Shad Anwer, Muhammad Ahmad Mansoor, Khadijah Mansoor, Sahabia Mansoor, and Muhammad Essa Mansoor. FAC ¶ 1. On April 25, 2024, voluntary dismissal was filed by Plaintiffs Farah Malik, Shad Answer, Khadijah Mansoor, Sahabia Mansoor, and Muhammad Essa Mansoor. *See* Case No. 23-3159, Docket Entry 12. As such, the only remaining Plaintiff in this action is Plaintiff Muhammad Ahmad Mansoor.

A proposed order is enclosed herewith.

Dated: May 18, 2024
Washington, DC

                                                      Respectfully Submitted,

                                                      BRIAN M. BOYNTON
                                                      Principal Deputy Assistant Attorney General

                                                      SARAH S. WILSON
                                                      Assistant Director
                                                      Office of Immigration Litigation


                                        By:       */s/ Nancy K. Canter*
                                                      NANCY K. CANTER
                                                      Senior Litigation Counsel
                                                      Office of Immigration Litigation Civil
                                                      Division, U.S. Department of Justice
                                                      P.O. Box 878, Ben Franklin Station
                                                      Washington, D.C. 20044
                                                      Tel:  (202) 305-7234
                                                      Nancy.K.Canter@usdoj.gov

                                                      *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARAH MALIK, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAYNE A. HOWELL, *Consul General at the* )<br>*U.S. Embassy in Islamabad*, )<br>)<br>Defendant. ) | Civil Action No. 1:23-CV-3159-ACR |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that this action is DISMISSED.

SO ORDERED:

_____                    _____
Date                                                           Ana C. Reyes
                                                                     United States District Judge